JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY J. FALTER,<br><br>　　　　　　Defendant | No. 2:15-cv-8894<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Gregory J. Falter, in the principal amount of $17,753.24 plus interest accrued to November 3, 2015, in the sum of $31,371.28; with interest accruing thereafter at $4.00 per day until entry of judgment, for a total amount of **$49,124.52**.

DATED: 11/19/15　　　　　　By: KIRY GRAY, Clerk of Court
　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　United States District Court